■ In the Matter of JOSE M.O. RODRIGUEZ, Petitioner, v HECTOR L. DIAZ, Respondent. [741 NYS2d 863] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. While we reject mandamus addressed to the Clerk of Bronx County as the proper remedy herein, we note the disparity between the incorrect sentencing commitment sheet and the NYSIS sheet. Concur—Nardelli, J.P., Saxe, Ellerin, Wallach and Lerner, JJ.